IN RE: UNITED STATES of America; Donald J. Trump; U.S. Department of Homeland Security; Elaine C. Duke.

United States of America; Donald J. Trump; U.S. Department of Homeland Security; Elaine C. Duke, in her official capacity as Acting Secretary of the Department of Homeland Security, Petitioners,

v.

United States District Court for the Northern District of California, San Francisco, Respondent,

Regents of the University of California; Janet Napolitano, In her official capacity as President of the University of California; State of California; State of Maine; State of Minnesota; State of Maryland; City of San Jose; Dulce Garcia; Miriam Gonzalez Avila; Viridiana Chabolla Mendoza; Norma Ramirez; County of Santa Clara; Ser-

vice Employees International Union Local 521; Jirayut Latthivongskorn; Saul Jimenez Suarez, Real Parties in Interest.

No. 17-72917

United States Court of Appeals, Ninth Circuit.

NOVEMBER 18, 2017

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

## ORDER

The court has received the government's November 17, 2017 emergency stay motion. The response to the motion is due Monday, November 20, 2017, at 12:00 p.m. PST, and the optional reply is due Monday, November 20, 2017, at 5:00 p.m. PST.

In addition to all other issues the parties wish to raise in the response and reply, the parties shall address whether this court has jurisdiction to grant a stay of proceedings, or whether the motion for a stay should instead be filed in the district court. See Ellis v. U.S. Dist. Court, 360 F.3d 1022 (9th Cir. 2004) (en banc).